IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAIDOC TECHNOLOGY CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DIAGNOSTIC DEVICES, INC., | : | NO. 12-2457 |
| OK BIOTECH CO. LTD., PRODIGY | : | |
| DIABETES CARE, LLC and JOHN | : | |
| DOES 1-10 | : | |

# ORDER

**NOW**, this 23rd day of August, 2012, upon consideration of the Motion to Transfer or Stay (Document No. 6), the plaintiff's response and the defendants' reply, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. The motion to stay is **DENIED**;

2. The motion to transfer is **GRANTED**; and

3. This action is **TRANSFERRED** to the Western District of North Carolina.

                                             /s/Timothy J. Savage
                                             TIMOTHY J. SAVAGE, J.