# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:12-CV-00636-MOC-DSC

| | |
|---|---|
| **TAIDOC TECHNOLOGY CORPORATION,** | )<br>)<br>) |
| Plaintiff, | )<br>) **ORDER** |
| v. | )<br>) |
| **DIAGNOSTIC DEVICES, INC., et al.,** | )<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court pursuant to Judge Cogburn's April 18, 2013 Order referring the case to the undersigned for case management and entry of an appropriate pretrial order. The parties are ORDERED to file an updated Certification and Report of Rule 26(f) Conference and Proposed Discovery Plan within fourteen (14) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: July 8, 2013

David S. Cayer
United States Magistrate Judge