IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:12-CV-00636-MOC-DSC

| | |
|---|---|
| TAIDOC TECHNOLOGY CORPORATION, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> DIAGNOSTIC DEVICES, INC., OK BIOTECH ) <br> CO., LTD., PRODIGY DIABETES CARE, LLC,) <br> and JOHN DOES 1-10, ) <br> ) <br> **Defendants.** ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court on the parties' "Joint Motion to Stay Pending Reexamination" (document # 44) filed on August 5, 2013. Upon due consideration, the Motion is **GRANTED**.

This action is **STAYED** pending a determination in the currently pending second reexamination proceeding for U.S. Patent No. 7,514,040, and a second request for reexamination for U.S. Patent No. 7,316,766 that Defendants may file within the next sixty (60) days. The parties **SHALL FILE** a joint status report within fourteen (14) days after a decision in the specified reexaminations informing the Court of the decisions and, if applicable, requesting the Court to lift the stay.

**SO ORDERED.**

Signed: August 5, 2013

David S. Cayer
United States Magistrate Judge