# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:12-CV-00636-MOC-DSC

| | |
|---|---|
| TAIDOC TECHNOLOGY CORPORATION, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DIAGNOSTIC DEVICES, INC., OK BIOTECH )<br>CO., LTD., PRODIGY DIABETES CARE, LLC,)<br>and JOHN DOES 1-10, )<br>)<br>    Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Lift Stay (document #49) filed on May 2, 2016. On August 5, 2013, the Court entered an Order (document # 45) staying the present action pending reexamination of the patents-in-suit. The parties have advised the Court that the reexamination proceedings have concluded and have requested that the stay be lifted.

Upon due consideration, the Motion is **GRANTED**. The stay of this action is lifted. The parties shall file an updated Rule 26(f) Report no later than ten (10) days after the entry of this Order.

**SO ORDERED.**

Signed: May 3, 2016

_____
David S. Cayer
United States Magistrate Judge